UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 10-10082-DPW |
| v. | ) |
| | ) |
| DEMETRIUS CALHOUN | ) VIOLATIONS: |
|    A/K/A "PORK-C," | ) |
|    A/K/A/ "PORK," | ) |
| | ) 21 U.S.C. § 841(a)(1)-- |
| | ) Distribution of |
| | ) Heroin |
| | ) |
| | ) 18 U.S.C. § 2 -- |
| | ) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 853-- |
| | ) Criminal Forfeiture |

(SEALED)

INDICTMENT

**COUNT ONE:**     (21 U.S.C. § 841(a)(1)--Distribution of Heroin)

The Grand Jury charges that:

On or about October 23, 2009, at Boston in the District of Massachusetts,

**DEMETRIUS CALHOUN, A/K/A "PORK-C," A/K/A/ "PORK,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count 1 of this Indictment,

**DEMETRIUS CALHOUN, A/K/A "PORK-C," A/K/A "PORK,"**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violation.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

     All in violation of Title 21, United States Code, Section
853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                March 18, 2010

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

C 2:07 pm